

**Dan GIESE and Etta Giese, Plaintiffs and Appellants,**

v.

**Edward ENGELHARDT, Dale Hewson, P. W. Blank, Matt G. Koffler, H. E. Sondreal, Ray Lorenz, George Letvin, John Zoller, Gilbert Saxowsky, State Acceptance Corporation, the Liberty National Bank and Trust Company, Paul McCann Company, a partnership, Paul McCann and Company, a partnership, Orser, Olson, Wolfe & St. Peter, a partnership, and St. Paul Fire & Marine Insurance Company, a corporation, Defendants,**

and

**P. W. Blank, H. E. Sondreal, Ray Lorenz and George Letvin, Defendants and Respondents.**

**Civ. No. 8579.**

Supreme Court of North Dakota.

March 20, 1970.

Rehearing Denied April 29, 1970.

Freed, Dynes & Malloy, Dickinson, and William G. Lince, Elgin, for plaintiffs and appellants.

Thompson, Lundberg & Nodland, Bismarck, for respondent P. W. Blank.

R. W. Wheeler, Bismarck, for respondent H. E. Sondreal.

Fleck, Smith, Mather, Strutz & Mayer, Bismarck, for respondent Ray Lorenz.

Floyd B. Sperry, Bismarck, and Robert B. Baird, Dickinson, for respondent George Letvin.

TEIGEN, Chief Justice.

Our opinion in Weidner, et al. v. Engelhart [Engelhardt], et al, 176 N.W.2d 509, governs this case.

Summary judgments dismissing this action against the defendants Blank, Sondreal, Lorenz and Letvin are reversed.

STRUTZ, KNUDSON and ERICKSTAD, JJ., and ADAM GEFREH, D. J., concur.

PAULSON, J., deeming himself disqualified, did not participate; the Honorable ADAM GEFREH, one of the Judges of the Third Judicial District, sitting in his stead.

**Reuben H. GIESE, Verna M. Giese and Sam Giese, Plaintiffs and Appellants,**

**v.**

**Ed ENGELHARDT, P. W. Blank, Dale Hewson, Matt G. Koffler, H. E. Sondreal, Ray Lorenz, George Letvin, John Zoller, Gilbert Saxowsky, State Acceptance Corporation, the Liberty National Bank and Trust Company, Paul McCann Company, a partnership, Paul McCann and Company, a partnership, Orser, Olson, Wolfe & St. Peter, a partnership, and St. Paul Fire & Marine Insurance Company, a corporation, Defendants,**

**and**

**P. W. Blank, H. E. Sondreal, Ray Lorenz and George Letvin, Defendants and Respondents.**

**Civ. No. 8580.**

Supreme Court of North Dakota.

March 20, 1970.

Rehearing Denied April 29, 1970.

Freed, Dynes & Malloy, Dickinson, and William G. Lince, Elgin, for plaintiffs and appellants.

Thompson, Lundberg & Nodland, Bismarck, for respondent P. W. Blank.

R. W. Wheeler, Bismarck, for respondent H. E. Sondreal.

Fleck, Smith, Mather, Strutz & Mayer, Bismarck, for respondent Ray Lorenz.

Floyd B. Sperry, Bismarck, and Robert B. Baird, Dickinson, for respondent George Letvin.

TEIGEN, Chief Justice.

Our opinion in Weidner, et al. v. Engelhart [Engelhardt], et al, 176 N.W.2d 509, governs this case.

Summary judgments dismissing this action against the defendants Blank, Sondreal, Lorenz and Letvin are reversed.

STRUTZ, KNUDSON and ERICKSTAD, JJ., and ADAM GEFREH, D. J., concur.

PAULSON, J., deeming himself disqualified, did not participate; the Honorable ADAM GEFREH, one of the Judges of the Third Judicial District, sitting in his stead.

**Emil FUCHS and Mabel Fuchs, Plaintiffs and Appellants,**

**v.**

**Ed ENGELHARDT, P. W. Blank, Matt G. Koffler, H. E. Sondreal, Ray Lorenz, George Letvin, John Zoller, Gilbert Saxowsky, State Acceptance Corporation, Paul McCann Company, a partnership, Paul McCann and Company, a partnership, Orser, Olson, Wolfe & St. Peter, a partnership, and St. Paul Fire & Marine Insurance Company, a corporation, Defendants,**

**and**

**P. W. Blank, H. E. Sondreal, Ray Lorenz and George Letvin, Defendants and Respondents.**

**Civ. No. 8581.**

Supreme Court of North Dakota.

March 20, 1970.